**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**MIAMI KROME IMMIGRATION COURT**

Respondent Name:
MADERA REYES, JORGE ELIECER

To:
Riano-Lopez, Kathy
939 N. Federal Highway
Second Floor
Hollywood, FL 33020

A-Number:
220-531-597
Riders:
In Custody Redetermination Proceedings

Date:
04/28/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☐ Granted. It is ordered that Respondent be:
- ☐ released from custody on his own recognizance.
- ☐ released from custody under bond of $
- ☐ other:

☑ Other:
Bond withdrawn - No Action - no original ID document.

Immigration Judge: Stuart A. Siegel 04/28/2026

| | | | | | |
|---|---|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☑ | waived | ☐ | reserved |
| | Respondent: | ☑ | waived | ☐ | reserved |

Appeal Due:

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : MADERA REYES, JORGE ELIECER | A-Number : 220-531-597

Riders:

Date: 04/28/2026 By: SCOTT, MARILYN, Court Staff