**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**MIAMI KROME IMMIGRATION COURT**

Respondent Name:
MADERA REYES, JORGE ELIECER

To:
Riano-Lopez, Kathy
939 N. Federal Highway
Second Floor
Hollywood, FL 33020

A-Number:
220-531-597
Riders:
In Custody Redetermination Proceedings

Date:
05/19/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
After conducting an individualized bond hearing, and after applying the 9 Guerra factors, Respondent has not met his burden in establishing that he is a suitable bail risk based on the fact that Respondent is a recent arrival, Respondent has no relief pending before the Court, and Respondent has already departed the United States during a prior stay in the United States. see Matter of Guerra and Matter of R-A-V-P-.

☐ Granted. It is ordered that Respondent be:
- ☐ released from custody on his own recognizance.
- ☐ released from custody under bond of $
- ☐ other:

☑ Other:
237 case

Immigration Judge: Stuart A. Siegel 05/19/2026

| | | | |
|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☑ waived | ☐ reserved |
| | Respondent: | ☐ waived | ☑ reserved |
| Appeal Due: | 06/18/2026 | | |

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : MADERA REYES, JORGE ELIECER | A-Number : 220-531-597
Riders:
Date: 05/19/2026 By: SCOTT, MARILYN, Court Staff