☐☐**U.S. Department of Justice**
Immigration and Naturalization Service

# Additional Charges of Inadmissibility/Deportability

**In:** ☒ **Removal proceedings under section 240 of the Immigration and Nationality Act**

☐ **Deportation proceedings commenced prior to April 1, 1997 under former section 242 of the Immigration and Nationality Act**

**In the Matter of:**

Alien/Respondent: MADERA REYES, JORGE ELIECER

File No: 220531597 Address: P.O. Box 39, Moore Haven, FL 33471

☐You are an arriving alien.

☐You are an alien present in the United States who has not been admitted or paroled.

☒You have been admitted to the United States but are removable for the reasons stated below.

1. You are not a citizen or national of the United States;

2. You are a native of COLUMBIA and a citizen of COLUMBIA;

3. You entered the United States at Orlando, Florida on or about April 26, 2019 as a nonimmigrant Visitor for Pleasure (B2) with authorization to remain in the United States for a temporary period not to exceed October 25, 2019;

4. You remained in the United States beyond October 25, 2019, without authorization form the Immigration and Naturalization Service or its successor the Department of Homeland Security.

There is/are hereby lodged against you the additional charge(s) that you are subject to being taken into custody and deported or removed from the United States pursuant to the following provision(s) of law:

| Charge | Description |
|---|---|
| **Section 237(a)(1)(B) – Present in Violation of Law** | Section 237 (a) (1) (B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101 (a) (15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other. law of the United States |

In support of the additional charge(s) there is submitted the following factual allegation(s) ☐ in addition to ☐ in lieu of those set forth in the original charging document:

**NO ADDITIONAL FACTUAL ALLEGATIONS.**

Dated: 07/08/2026

SHANNON A TROTTY Digitally signed by SHANNON A TROTTY
Date: 2026.07.08 07:34:22 -04'00'

(Signature of Service Counsel)

## Notice to Respondent

**Warning: Any statement you make may be used against you in removal proceedings.**

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the charging document and that you are inadmissible or deportable on the charges contained in the charging document. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

**Certificate of Service**

This charging document was served on the respondent's counsel by me on 07/08/2026 (Date), in the following manner and in compliance with section 239(a)(1)(F) of the Act:

☐ in person ☐ by certified mail, return receipt requested ☒ by regular mail

to: **Riano & Associates, LLC / Kathy Riano Lopez, 939 N. Federal Highway, 2nd Floor, Hollywood, FL 33020**
(Alien's address)

☐ The alien was provided oral notice in the ______ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

Counsel SHANNON A TROTTY Digitally signed by SHANNON A TROTTY Date: 2026.07.08 07:35:15 -04'00'

______________________________
(Signature of respondent if personally served)

(Signature and title of officer)