Uploaded on: 07/02/2026 at 12:45:57 PM (Eastern Daylight Time) Base City: KRO

**U.S. Department of Homeland Security**

# Record of Deportable/Inadmissible Alien

| Field | Entry |
|---|---|
| Family Name (CAPS) / First / Middle | DOMINGO, HERLINDO JOSE |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | FAR |
| Country of Citizenship | MEXICO |
| Passport Number and Country of Issue | |
| File Number | ORL2601000063<br>221 497 513 |
| Height | 65 |
| Weight | 155 |
| Occupation | UNR |
| U.S. Address | FAILED TO PROVIDE ADDRESSUNITED STATES |
| Scars and Marks | None Indicated - NI |
| Date, Place, Time, and Manner of Last Entry | Unknown Date Unknown Time, UNK, WI-Without Inspection |
| Passenger Boarded at | |
| F.B.I. Number | [redacted] |
| Marital status | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence | |
| Method of Location/Apprehension | NCA |
| Date of Birth | 08/03/1987 Age: 38 |
| Date of Action | 01/02/2026 |
| Location Code | ORL/MIA |
| At/Near | See I-831 |
| Date/Hour | 04/12/2026 13:21 |
| City, Province (State) and Country of Birth | MEXICO |
| AR | ☒ |
| Form : (Type and No.) Lifted ☐ Not Lifted ☐ | |
| By | C 14205 CRUZ RAMOS |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | |
| Status When Found | |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | |
| Immigration Record | NEGATIVE |
| Criminal Record | See Narrative |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | |
| Number and Nationality of Minor Children | None |
| Father's Name, Nationality, and Address, if Known | |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? ☐ Yes ☐ No | |
| Systems Checks | See Narrative |
| Charge Code Words(s) | See Narrative |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | Unemployed or Retired |
| Salary | Hr |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

**FIN: 20439645**



**Left Index fingerprint**



**Right Index fingerprint**



**FAMILY INFORMATION**
-------------------
Father:Subject has not provided information for Father.
Mother:Subject has not provided information for Mother.
Child:Subject does not have children or dependents.

**SUBJECT HEALTH STATUS**
----------------------
The subject claims good health.

...(CONTINUED ON I-831)

FRANKLYN SOSA
Deportation Officer

Alien has been advised of communication privileges ______________________ (Date/Initials) (Signature and Title of Immigration Officer)

Distribution:

AFILE

Received: (Subject and Documents) (Report of Interview)

Officer: FRANKLYN SOSA

on: January 2, 2026 (time)

Disposition: Warrant of Arrest/Notice to Appear

Examining Officer: VLIET, M 3403

U.S. Department of Homeland Security — Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| DOMINGO, HERLINDO JOSE | 221 497 513<br>Event No: ORL2601000063 | 01/02/2026 |

CURRENT ADMINISTRATIVE CHARGES
-------------------------------
01/02/2026 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)01/02/2026 - 212a7AiI - IMMIGRANT WITHOUT AN IMMIGRANT VISA

RECORDS CHECKED
----------------
EARM checked on 04/02/2026 with Positive result.NCIC checked on 04/02/2026 with Positive result.

ARRESTED AT/NEAR
-----------------
9495 DELEGATES DR, ORLANDO, FLORIDA, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
---------------------------------------
ENCOUNTER: On 01/02/2026, subject was encountered by CAP BREVARD COUNTY. Detainer was placed on 01/01/2026 by the ORLANDO SUB OFFICE. Per record checks subject does not have any pending asylum applications.

ENTRY IMMIGRATION STATUS: Subject is a citizen and national of MEXICO and makes no claim to United States Citizenship or lawful permanent resident status. Subject entered the United States at or near an unknown place on or about an unknown date without inspection by an immigration officer at a designated port of entry

BASIS FOR REMOVAL: Subject is amenable to removal pursuant to Section 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act. Subject case currently pending removal proceedings.

CRIMINAL HISTORY: Charged by Brevard County Sheriff's Office with DUI, operating a MV W/O Lic - 1st Conv., and Refusal to Submit DUI Testing - Alcohol.

CONSUL/ATTORNEY NOTIFICATIONS: Subject was advised of their attorney and consular communication privileges and provided with an EOIR list of free legal services.

CUSTODY DETERMINATION: Subject is currently in ICE custody.

The subject will remain in ICE custody pending placement in removal proceedings.

FAMILY ISSUES: Unknown

VALID TRAVEL DOCUMENTS IN FILE: Subject has no travel documents.

MEDICAL PROBLEMS: Subject claims to be in good health.

MILITARY SERVICE: Subject has not served in the US military.

Subject has not expressed fear of returning to their country of citizenship.

Subject was provided with a copy of free Legal Services.

Alien Registration Requirements: Subject does not meet the registration requirements outlined in 8 C.F.R. 264.1(a) and (b). Specifically, the subject has failed to provide any of the listed forms or evidence, such as an I-94 Arrival-Departure Record, a Permanent Resident Card (I-551), or other acceptable documentation. This non-compliance has been

| Signature | Title |
|---|---|
| FRANKLYN SOSA | Deportation Officer |

**U.S. Department of Homeland Security** **Continuation Page for Form I-213**

| Alien's Name | File Number | Date |
|---|---|---|
| DOMINGO, HERLINDO JOSE | 221 497 513<br>Event No: ORL2601000063 | 01/02/2026 |

confirmed through all available database checks. As a result, the subject is not considered compliant with the registration obligations and has been referred to ECP for further review.
NATURALIZE/DERIVE: The alien's parents have no immigration status in the United States; the alien has not adjusted status or naturalized. No derivative issues exist. SUBJECT DID NOT DERIVE USC STATUS UNDER SECTION 320 OF THE INA.

DNA COLLECTION: DNA collection was done on ___________

OTHER IDENTIFYING NUMBERS
--------------------------
ALIEN-221497513

| Signature | Title |
|---|---|
| FRANKLYN SOSA | Deportation Officer |

EOIR — 3 of 3