**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**MIAMI KROME IMMIGRATION COURT**

Respondent Name:
MADERA REYES, JORGE ELIECER

To:
Riano-Lopez, Kathy
939 N. Federal Highway
Second Floor
Hollywood, FL 33020

A-Number:
220-531-597
Riders:
In Custody Redetermination Proceedings

Date:
07/16/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
This constitutes Respondent's, Kathy Riano-Lopez (Respondent), 3rd bond motion.

On April 28, 2026, Respondent, through counsel, withdrew his 1st bond motion based on lack of an original identity document.

May 19, 2026, the Court denied Respondent's 1st bond motion finding: "After conducting an individualized bond hearing, and after applying the 9 Guerra factors, Respondent has not met his burden in establishing that he is a suitable bail risk based on the fact that Respondent is a recent arrival, Respondent has no relief pending before the Court, and Respondent has already departed the United States during a prior stay in the United States. see Matter of Guerra and Matter of R-A-V P-." Respondent did appeal the Court's May 19, 2026 Bond Decision. While this bond appeal, Respondent has filed his 3rd bond motion.

Under 8 CFR § 1003.19(e), after an initial bond redetermination by an Immigration Judge, a subsequent request for a bond redetermination must be made in writing and will be considered only upon a showing that the alien's circumstances have changed materially since the prior bond redetermination. The regulation does not define "material change" in circumstances, but EOIR policy and case law interpret it as a substantial, significant, or important change that would affect the alien's ability to appear for future proceedings or the risk of flight. It is not a minor or trivial change.

The Court has reviewed, and carefully considered Respondent's 3rd bond motion accompanied by 197 pages of evidence. While the Court is sympathetic to Respondent's separation from his family, the Court finds that Respondent has filed the

same documents that were filed in the 2nd bond motion. Respondent has not identified what, if any documents, are new, and how these documents constitute a material change from the prior bond hearing. Further, Respondent has not addressed why these documents did not previously exist to excuse having not presented them previously. Finally, Respondent still has not filed an application for relief in order to ascertain the strength or weakness of his claim. see Matter of Andrade, 19 I&N Dec. 488 (BIA 1987). Also, Respondent has Respondent overstayed his visa, he was previously in the United States, filed a I-589; and, abandoned the I-589 by leaving the United States; and, has not, to date, filed a new application for relief before the Court). The Court finds that Respondent has not met his burden in meeting that he is a suitable bail risk based on the fact that Respondent is a recent arrival, Respondent has no relief pending before the Court, and Respondent has already departed the United States during a prior stay in the United States. see Matter of Guerra and Matter of R-A-V P-.   The Court finds that Respondent is a heightened flight risk. Consequently, no material change in circumstances established to warrant upsetting the Court's previous Order. Respondent's 3rd Bond motion is DENIED.

- ☐ Granted. It is ordered that Respondent be:
  - ☐ released from custody on his own recognizance.
  - ☐ released from custody under bond of $
  - ☐ other:

- ☐ Other:

Immigration Judge: Stuart A. Siegel 07/16/2026

Appeal: Department of Homeland Security: ☐ waived ☐ reserved
Respondent: ☐ waived ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : MADERA REYES, JORGE ELIECER | A-Number : 220-531-597
Riders:
Date: 07/20/2026 By: FORDE, CLAUDETTE, Court Staff